FILED
March 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VAN DAT VI, )<br>)<br>Defendant. ) | Case No. CR.S-07-0059-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VAN DAT VI, Case No. CR.S-07-0059-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $135,000.00

           ___   Unsecured Appearance Bond

           ___   Appearance Bond with 10% Deposit

           _X_   Appearance Bond with Surety

           _X_   (Other) Conditions as stated on the record.

           ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 26, 2007 at 12:45 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge