KRESTA NORA DALY, Bar No. 199689
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

Van Dat Vi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR S—07-00059 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND** |
|  | ) **ORDER** |
| VAN DAT VI, | ) |
| Defendant. | ) |

    Plaintiff, by its counsel, Assistant United States Attorney Mary Grad, and defendant, by his counsel, Kresta Daly, Attorney at Law, hereby stipulate and agree that the condition set forth in the pre-trial release order prohibiting contact with co-defendants be lifted.

    Pretrial Services Officer Becky Fidelman has been informed of the parties desire to modify this condition and does not object to the modification.

U.S. v. Van Dat Vi, 07cr0059
Stip/Proposed Order

1

Van Dat Vi specifically agrees that he will not discuss the facts and circumstances surrounding this case with any of the co-defendants who are also charged.

```
                                    Respectfully submitted,

                                    MACGREGOR SCOTT
                                    United States Attorney


DATED:  March 27, 2007              /s/Kresta N. Daly (Telephonically)
                                    authorized to sign for
                                    Mary Grad
                                    Assistant U. S. Attorney



DATED:  March 27, 2007              /s/ Kresta N. Daly
                                    KRESTA N. DALY
                                    Attorney for Defendant
                                    Van Dat Vi
```

## O R D E R

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

```
DATED:  March 28, 2007              _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```