UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                              RE:    Van Dat DI
                                       Docket Number:   2:07CR00059-05
                                       <u>RELEASE OF PASSPORT/</u>
                                       <u>GREEN CARD</u>

Your Honor:

On February 6, 2009, Your Honor sentenced the above noted offender to a violation of 18 USC 4 - Misprision of Felony (Class E Felony).  He was sentenced to probation for a term of 36 months.  Special conditions of supervised release included:  Search and seizure; financial disclosure; and enroll and participate in adult educational training.

Mr. Di was under the supervision of the United States Pretrial Services from February 21, 2007 to February 6, 2009.  As a condition of pretrial release, Mr. Vi was ordered to forfeit his passport and green card to the clerk's office.  Mr. Vi is requesting his passport and green card be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Mr. Di's passport and green card to him.

                              Respectfully submitted,

                              /s/Brenda Barron-Harrell
                              BRENDA BARRON-HARRELL
                              United States Probation Officer

Dated:       July 8, 2009
               Sacramento, California
               BBH/cp

**RE:   Van Dat VI**
       **Docket Number:   2:07CR00059-05**
       <u>**RELEASE OF PASSPORT/GREEN CARD**</u>

**REVIEWED BY:**     /s/Linda L. Alger
                    **LINDA L. ALGER**
                    **Supervising United States Probation Officer**

_____

**AGREE: ____X_____**                    **DISAGREE: _____**

_____                    July 13, 2009
**FRANK C. DAMRELL, JR.,  For**                    **DATE**
**LAWRENCE K. KARLTON**
United States District Judge